**Stephen C. Martin**
4515 Napa Way
Baton Rouge, Louisiana 70817
(225) 288-5695

January 30, 2026

Re:    Richard Martin Arnaud v.  State Farm Fire and Casualty Company
Case No. 6:25-cv-00636

My background and experience is in the business practices of video game sales (new and used) and video game collecting. Professionally, I was employed for over twenty years by a locally owned and operated video game store in Baton Rouge, Louisiana called Gameware. As store manager, my main duty was facilitating the day-to-day operations of our Mall of Louisiana location. Part of this process involved overseeing and evaluating trades of used games, gaming accessories, and video game consoles for cash value or store purchase credit. It is no exaggeration to say that I personally evaluated thousands of these trades during my employment with Gameware. My other main duty from 2003 to 2024 was Purchasing Manager for Gameware Inc. I was the final decision maker for the B2B (business to business) purchase of new video game consoles, accessories, games, and other lines of merchandise for retail sale that fit the changing demands and needs of our clientele. On a personal level, I am also an avid video game collector.

I have reviewed Mr. Richard Martin Arnaud's sworn deposition testimony. I understand he asserts he was not personally responsible for buying the mass collection of games he claims were lost in the house fire. I have reviewed the attached supplied list of games Mr. Arnaud is seeking compensation. Numerous red flags immediately stand out to me concerning the collection.

Firstly, I would like to address the most egregious item on Mr. Arnaud's list of games: Rugrats: Adventures in Gameland for the NES, which released December 2024 via Limited Run Games. Limited Run Games is a company that specializes in creating physical copies of games that are normally only available as digital downloads. More recently they have started making physical copies of video games for consoles no longer supported by Nintendo, such as the NES and Gameboy. Let me reemphasize that Rugrats: Adventures in Gameland for NES was not available to purchase or play until 20 months after the fire happened. This fact alone, in my opinion, discredits the entire list of games he claims to have owned.

Mega Man 9 for NES is not a playable video game. It's a facsimile cartridge manufactured by Capcom for the Mega Man 9 Press Kit to promote the digital release of the game for the Wii, PlayStation 3, and Xbox 360 consoles in 2008. The replica cartridge was distributed to video games media companies (magazines and websites)

1

**Exhibit F**

at that time; roughly 200 were made, and it was never sold in stores. It is highly unlikely that a promotional item, one that isn't even a playable game and had limited production, would end up at a garage sale years later in South Louisiana. Anyone who owns this item would understand that it's not a playable video game, especially if that person understands the differences between a five screw and three screw NES cartridge as evidenced by Mr. Arnaud's testimony.

Galf (Gold) was a promotional item created by Limited Run Games. Twenty-four copies of Galf (Gold Edition) were meant to be given away for a contest related to the standard version of Galf, which is a golf game created by Limited Run Games for the NES in 2018. The contest was cancelled, but one copy of the gold edition of Galf was given away on a charity livestream in 2019 to raise money for the Video Game History Foundation. Limited Run sold only a handful of copies on eBay after 2019. It's highly improbable for the game to have been acquired by any means before 2020, and equally as improbable to be found in a secondhand market.

Jay and Silent Bob Mall Brawl and Kira Kira Star Night DX were also recently developed and manufactured NES game cartridges by Limited Run Games. Mr. Arnaud claims these games were purchased 20 to 40 years ago, but these titles were not available for purchase before 2020. Furthermore, these were sold in very small quantities via a pre-order reservation system on their website.

Peekaboo Poker and Hot Slots for NES were both unlicensed Nintendo games due to their pornographic nature. Both had extremely limited distribution. Stores that were selling NES games from 1985-1994 like Walmart, Sears, Toys r Us, Babbages, or KB Toys would not have carried these games, which limits their circulation and availability, especially in a small retail market like South Louisiana.

Many of the games listed in Mr. Arnaud's collection I have never seen in person with my own eyes in the entirety of my professional career. Games such as Family Fun Fitness: Stadium Events, Little Sampson, and Cheetahmen II never circulated widely in US markets. The likelihood of finding even one of these titles at garage sales, swap meets, or flea markets in a small market like South Louisiana is difficult to believe. For someone to have amassed a collection of these games without documentation, proof, or evidence other than a personal declaration of ownership is highly unlikely. If this list is to be believed, then this would have been one of the most valuable collections of video games in the world. Owners of such a collection would customarily have evidence from social media posts or at least messages between friends with photo evidence of ownership of any of these titles. PriceCharting.com is a popular resource to keep track of your personal video game collection as well as the value of said collection. In fact, if you perform an internet search for "Most Valuable NES Games Price Charting" the results produce a near identical list of games that Mr. Arnaud claims to have owned. You can swap out the word "NES" for "PS2", "N64", or "SNES" and get a similar list as well.

Regarding the mean value of the average video game in a collection, you'll find that value typically lies between $10 and $20 per retro game. The average value per game would be higher if that collection did contain extremely high value and sought-after games. The average video game collection does not include even a fraction of games on this list. It takes an avid collector purposefully curating a collection to amass something of this caliber. Not even the cost is entirely prohibitive, but the time and effort would be astronomical. To suggest that a person just happened to fall into this kind of specific collection without any efforts and documentation is, in my professional opinion, highly suspect.

Please let me know if you need anything else. I did not address every far-fetched claim on his list, but I included what stood out to me the most.

I have not previously testified in deposition or at trial.

I am being paid $150/hour for my services in this matter.

Sincerely,

Stephen C. Martin

1/16

12-15-2025

11:32:51 p.m.

Pucheu Pucheu Law

3374574858

## MICHAEL W. ROBINSON
### ATTORNEY AT LAW
**106 PARK AVENUE**
**P. O. BOX 1109**
**EUNICE, LOUISIANA 70535-1109**

Telephone: (337) 457- 9075                Facsimile: (337) 457- 4858

# FAX

**TO:** *KATHERINE P. Martin*

**Fax:** *1-337-291-2441*

**From:** Michael W. Robinson

**Pages:** *15 plus cover*

**Phone:** *337-457-9075*

**Date:** *12/15/25*

**Re:** *R. M ARNAUD Vs. STATE. FARM*

**CC:**

__ **Urgent**        _ **For Review**        __ **Please Reply**

**MESSAGE:**
*Please see e-mail sent this date*

Sheet1

| Game Title | Loose Price | Age\condition |
|---|---|---|
| High-Value Games | | |
| Family Fun Fitness Stadium Events | $16,100.00 | Games Were 20 To 40 Years Old |
| Mega Man [5 Screw] | $9,676.46 | |
| Gotcha [5 Screw] | $2,500.00 | All Games |
| Little Samson | $1,950.51 | Bought By Mother |
| Cheetahmen II | $1,926.47 | Excellent Condition |
| Hot Slots | $1,882.57 | Loose Kept in Game Sleeves |
| Peek-a-Boo Poker | $1,742.02 | |
| Flintstones Surprise at Dinosaur Peak | $1,374.38 | |
| Myriad 6-in-1 | $1,197.42 | Nintendo Entertainment System |
| Jaws [5 Screw] | $849.42 | |
| Power Blade 2 | $830.32 | |
| Panic Restaurant | $793.91 | |
| Bonk's Adventure | $642.00 | |
| Galf [Gold] | $518.27 | |
| Mike Tyson's Punch-Out [5 Screw] | $510.00 | |
| Zombie Nation | $436.48 | |
| Kid Klown in Night Mayor World | $427.80 | |
| Cowboy Kid | $388.86 | |
| Bubble Bobble Part 2 | $382.40 | |
| Chip and Dale Rescue Rangers 2 | $344.97 | |
| Menace Beach | $327.08 | |
| Dragon Fighter | $325.00 | |
| Wacky Races | $323.18 | |
| Moon Ranger | $316.73 | |
| Gyromite | $285.72 | |
| Snow Brothers | $285.00 | |
| Secret Scout | $283.09 | |
| Mega Man 9 | $276.34 | |
| Gun-Nac | $275.60 | |
| Sword Master | $275.45 | |
| Duck Tales 2 | $268.37 | |
| Mighty Final Fight | $232.25 | |
| Jetsons Cogswell's Caper | $230.50 | |
| Action 52 | $230.50 | |
| Pro Sports Hockey | $214.99 | |
| Teenage Mutant Ninja Turtles Tournament Fighters | $205.60 | |
| Crystal Mines | $203.07 | |
| Challenge of the Dragon | $200.00 | |
| Mega Man | $199.99 | |
| Wayne's World | $195.18 | |
| Indiana Jones and the Last Crusade | $186.47 | |
| Sunday Funday | $181.54 | |
| Big Nose Freaks Out | $174.00 | |
| Advanced Dungeons & Dragons Hillsfar | $171.65 | |
| Swamp Thing | $171.25 | |

Sheet 1

| | |
|---|---|
| Fire 'N Ice | $169.10 |
| Donkey Kong Jr Math | $160.00 |
| Godzilla 2 | $159.99 |
| Princess Tomato in the Salad Kingdom | $157.79 |
| Silent Assault | $157.50 |
| Rockin' Kats | $154.99 |
| Gemfire | $149.97 |
| Stack Up | $147.17 |
| Bucky O'Hare | $144.89 |
| King Neptune's Adventure | $138.50 |
| Zen Intergalactic Ninja | $135.37 |
| Kira Kira Star Night DX | $133.13 |
| Bomberman II | $132.98 |
| Mega Man 5 | $129.99 |
| Bandit Kings of Ancient China | $129.95 |
| Contra Force | $125.00 |
| Dragon Warrior IV | $124.99 |
| Nobunaga's Ambition 2 | $122.50 |
| Battletoads | $121.50 |
| Casino Kid II | $120.49 |
| Castle of Deceit | $120.00 |
| SCAT Special Cybernetic Attack Team | $117.69 |
| Hyperkin RetroN 5 | $117.38 |
| Cool World | $114.49 |
| Color A Dinosaur | $110.45 |
| Frankenstein the Monster Returns | $110.00 |
| Mega Man 2 | $110.00 |
| Ghost Lion | $109.97 |
| Metal Storm | $109.35 |
| Kick Master | $107.78 |
| Chubby Cherub | $107.24 |
| Faria | $105.84 |
| Power Glove | $105.08 |
| Jay and Silent Bob Mall Brawl | $105.00 |
| Dragon Warrior III | $103.38 |
| Rugrats: Adventures In Gameland | $101.97 |
| Last Action Hero | $101.67 |
| | $55,185.90 |

Mid-Value Games
300 Games Between $20 To $100
Average Cost $35
300 X $35.00                    $10,500.00

Low-Value Games
600 Games Under $20
Average Cost $10
600 X $10.00                    $6,000.00

Page 2

Sheet1

| Game Title | Loose Price | Age\condition |
|---|---|---|
| **High-Value Games** | | |
| Exertainment Mountain Bikerally Speed Racer | $2,656.98 | Games Were 24 To 31 Years Old |
| Aero Fighters | $1,341.98 | |
| Hagane The Final Conflict | $1,257.14 | All Games |
| Zombies Ate My Neighbors | $669.50 | Bought By Mother |
| Pocky And Rocky 2 | $519.98 | Excellent Condition |
| Final Fight Guy | $421.51 | Loose Kept in Game Sleeves |
| Metal Warriors | $376.70 | |
| Hurricanes | $350.00 | Super Nintendo |
| Castlevania Dracula X | $348.62 | Entertainment System |
| EarthBound | $319.22 | |
| Harvest Moon | $316.35 | |
| Bronkie The Bronchiasaurus | $305.00 | |
| Spiderman Maximum Carnage | $303.95 | |
| Mega Man X3 | $299.94 | |
| EVO the Search for Eden | $273.74 | |
| Mega Man 7 | $269.99 | |
| Space MegaForce | $250.00 | |
| Shien's Revenge | $250.00 | |
| Super Copa | $250.00 | |
| Super Bomberman | $233.13 | |
| Chrono Trigger | $229.22 | |
| Contra III The Alien Wars | $224.95 | |
| Zero the Kamikaze Squirrel | $224.85 | |
| Wild Guns | $221.23 | |
| Nosferatu | $200.00 | |
| Kirby's Dream Land 3 | $191.59 | |
| Sonic Blast Man 2 | $188.92 | |
| R-Type III The Third Lightning | $187.89 | |
| Jurassic Park Part 2: The Chaos Continues | $185.00 | |
| Incantation | $180.39 | |
| Ogre Battle The March of the Black Queen | $179.13 | |
| The Twisted Tales of Spike McFang | $176.27 | |
| Super Turrican 2 | $176.27 | |
| Battle Clash | $174.95 | |
| Mr. Nutz | $170.00 | |
| SWAT Kats | $165.00 | |
| International Superstar Soccer | $160.18 | |
| S.O.S. | $159.24 | |
| Captain Commando | $156.33 | |
| Demon's Crest | $146.75 | |

Page 1

Sheet1

| | |
|---|---|
| Syndicate | $140.12 |
| Casper | $139.95 |
| Ardy Light Foot | $139.24 |
| Lufia II Rise of Sinistrals | $136.88 |
| Metal Morph | $135.00 |
| Sparkster | $134.99 |
| The Jetsons Invasion of the Planet Pirates | $134.42 |
| Majyuo: King Of Demons | $131.74 |
| The Ren and Stimpy Show Buckeroos | $131.54 |
| Mega Man X2 | $131.47 |
| Super 3D Noah's Ark | $130.77 |
| Xeno Crisis | $130.00 |
| Dragon View | $129.62 |
| Pocky & Rocky | $125.00 |
| Ghoul Patrol | $123.15 |
| Ninja Warriors | $122.45 |
| Adventures of Batman and Robin | $120.85 |
| Fire Striker | $120.09 |
| Final Fight 3 | $120.00 |
| Soul Blazer | $117.43 |
| 3 Ninjas Kick Back | $109.99 |
| King of Dragons | $109.53 |
| The Mask | $105.49 |
| Rex Ronan Experimental Surgeon | $100.90 |
| S.O.S: Sink or Swim | $100.87 |
| Knights of the Round | $100.00 |
| | $17,933.38 |

Mid-Value Games
150 Games Between $20 To $100
Average Cost $35
150 X $35.00     $5,250.00

Low-Value Games
200 Games Under$20
Average Cost $10
200 X $10.00     $2,000.00

| Game Title | Loose Price | Age\condition |
|---|---|---|
| **High-Value Games** | | |
| Clay Fighter Sculptors Cut | $925.00 | Games Were 20 To 26 Years Old |
| Super Bowling | $554.34 | |
| F1 Racing Championship | $448.54 | All Games |
| Stunt Racer | $349.99 | Bought By Mother |
| Bomberman 64 Second Attack | $250.69 | Excellent Condition |
| Worms Armageddon | $210.61 | Loose Kept in Game Sleeves |
| Conker's Bad Fur Day | $149.44 | |
| Castlevania Legacy of Darkness | $142.86 | Nintendo 64 |
| Ogre Battle 64: Person of Lordly Caliber | $131.75 | |
| Goemon's Great Adventure | $127.94 | |
| Transformers Beast Wars Transmetals | $106.70 | |
| PGA European Tour | $104.99 | |
| Duck Dodgers | $102.17 | |
| Starshot Space Circus Fever | $100.00 | |
| | $3,705.02 | |

**Mid-Value Games**
40 Games Between $20 To $100
Average Cost $35
40 X $35.00      $1,400.00

**Low-Value Games**
60 Games Under$20
Average Cost $10
60 X $10.00      $600.00

Page 1

Sheet1

| Game Title | Loose Price | Age\condition |
|---|---|---|
| **High-Value Games** | | |
| The Misadventures of Tron Bonne | $246.25 | Games Were 19 To 25 Years Old |
| Tail Concerto | $243.37 | |
| Persona Revelations Series | $214.61 | All Games |
| Clock Tower 2 | $201.00 | Purchased\Gifted By Mother |
| Persona 2 Eternal Punishment | $200.49 | Excellent Condition |
| Koudelka | $199.31 | Loose Kept In Binder |
| ISS Pro Evolution | $193.00 | With Game Cover & Manual |
| Klonoa Door to Phantomile | $175.26 | |
| Batman Forever Arcade | $167.84 | |
| Valkyrie Profile | $155.42 | PlayStation 1 |
| Shadow Tower | $154.23 | |
| Silent Hill | $147.48 | |
| Elemental Gearbolt | $134.24 | |
| Tales of Destiny 2 | $120.00 | |
| JoJo's Bizarre Adventure | $126.18 | |
| Eidos Collectors' Edition | $120.00 | |
| Silent Bomber | $110.88 | |
| Einhander | $109.34 | |
| Clock Tower | $105.59 | |
| Adventures of Lomax | $100.00 | |
| Castlevania Chronicles | $100.00 | |
| | $3,324.49 | |

Mid-Value Games
200 Games Between $20 To $100
Average Cost $35
200 X $35.00                    $6,000.00

Low-Value Games
400 Games Under$20
Average Cost $10
400 X $10.00                    $4,000.00

Page 1

337457485B                                    Puchen Puchen Law

Sheet1

| Game Title | Loose Price | Age\condition |
|---|---|---|
| **High-Value Games** | | |
| Kuon | $594.98 | Games Were 10 To 22 Years Old |
| Rule of Rose | $534.50 | |
| Silent Hill: Shattered Memories | $309.50 | All Games |
| Haunting Ground | $289.36 | Purchased\Gifted By Mother |
| Obscure | $206.64 | Excellent Condition |
| Blood Will Tell | $199.64 | Loose Kept In Binder |
| Futurama | $182.50 | With Game Cover & Manual |
| Chulip | $170.00 | |
| Xenosaga 3 | $165.00 | |
| .hack Quarantine | $159.99 | PlayStation 2 |
| Silent Hill 3 | $154.86 | |
| Def Jam Fight for NY | $147.50 | |
| Coraline | $136.15 | |
| Robot Alchemic Drive | $131.51 | |
| Mobile Suit Gundam: Gundam vs. Zeta Gundam | $129.99 | |
| Silent Hill 4: The Room | $129.64 | |
| Steambot Chronicles | $114.85 | |
| Silent Hill 2 | $109.95 | |
| Graffiti Kingdom | $109.66 | |
| God Hand | $109.00 | |
| Silent Hill Origins | $106.30 | |
| Echo Night Beyond | $104.19 | |
| Samurai Western | $100.00 | |
| | $4,395.71 | |

**Mid-Value Games**
200 Games Between $20 To $100
Average Cost $35
200 X $35.00                    $6,000.00

**Low-Value Games**
300 Games Under$20
Average Cost $10
400 X $10.00                    $3,000.00

Page 1